**Verification**

I, CHRISTOPHER GERNAND, declare under penalty of perjury that the foregoing is true and correct.

**JUDGE CASTILLO**
**MAGISTRATE JUDGE DENLOW**

Executed on March 11, 2008.

_____
CHRISTOPHER GERNAND

**J. N.**