**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER GERNAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-C-1482 |
| | ) | |
| ARAMARK CORPORATION, | ) | Judge Castillo |
| | ) | |
| Defendant. | ) | Magistrate Judge Denlow |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Aramark Corporation ("Aramark") by and through its attorney, Barry A. Hartstein at Morgan, Lewis & Bockius LLP, respectfully move for this Court to grant it a twenty (20)-day extension from April 6, 2008 to April 25, 2008 to answer or otherwise respond to the Complaint. In support of this unopposed motion, Defendant states as follows:

1.    On or around March 12, 2008, plaintiff Christopher Gernand, through his attorneys, filed a two (2) count Complaint against Aramark, alleging (1) unlawful discharge in violation of the Family Medical Leave Act ("FMLA"); and (2) age discrimination in violation of the Age Discrimination in Employment Act (Count II).

2.    Court records reflect that Aramark was served on March 17, 2008, through its registered agent, Aramark Corporation, and that an answer currently is due on April 6, 2008.

3.    Based on recent out-of-town schedules and other conflicts, Defendant Aramark's attorneys require additional time to investigate and respond to the Complaint.

4.    This motion for extension is made in good faith and not for purposes of delay and plaintiff will not be prejudiced by permitting defendant additional time to respond to the Complaint.

1-CH/211048.1

5.      Attorney for plaintiff, Lisa Kane, has informed one of the counsel for the defendant, Barry A. Hartstein, that she does not object to the filing of this motion or the requested additional time for responding to the Complaint.

WHEREFORE, defendant Aramark respectfully requests that the Court enter an order extending the deadline to file its answer or responsive pleading to the Complaint up to and until April 25, 2008.

Dated:  March 31, 2008                                  Respectfully submitted,

                                                        ARAMARK CORPORATION

                                                        By: s/ Barry A. Hartstein_____
                                                                One of its Attorneys

Barry A. Hartstein
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive
Chicago, Illinois  60601
(312) 324-1000

## <u>CERTIFICATE OF SERVICE</u>

I, Barry A. Hartstein, an attorney, hereby certify that on March 31, 2008, I electronically filed **Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint** with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Lisa Kane
Lisa Kane & Associates, P.C.
120 S. LaSalle St., Ste. 1420
Chicago, IL 60603
lisakane@sbcglobal.net
*Attorney for the Plaintiff*


/s/ Barry A. Hartstein
Barry A. Hartstein