# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Christopher Gernand

                        Plaintiff,

v.                                             Case No.: 1:08−cv−01482

                                                        Honorable Ruben Castillo

Aramark Corporation

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 4, 2008:

      MINUTE entry before Judge Honorable Ruben Castillo:The settlement conference set for 5/8/2008 will begin at 1:00 p.m. Defendant's unopposed motion for extension of time to answer or otherwise plead [12] is granted. Defendant to answer or otherwise plead to the complaint on or before 4/25/2008. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.