IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER GERNAND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ARAMARK CORPORATION, ) <br> ) <br> Defendant. ) | Case No. 08-C-1482 <br><br> Judge Castillo <br><br> Magistrate Judge Denlow |

**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

Defendant ARAMARK Corporation ("ARAMARK") by its attorneys, hereby complies with Federal Rule of Civil Procedure 7.1 and states as follows:

ARAMARK Corporation is wholly-owned by ARAMARK Intermediate Holdco Corporation. There is no publicly-held corporation that owns 10 percent or more of the stock of ARAMARK Corporation.

Dated: April 25, 2008

Respectfully submitted,

ARAMARK CORPORATION

By: s/ Barry A. Hartstein
    One of its Attorneys

Barry A. Hartstein
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive
Chicago, Illinois 60601
(312) 324-1000

1-CH/212412.1

## CERTIFICATE OF SERVICE

I, Barry A. Hartstein, an attorney, hereby certify that on April 25, 2008, I electronically filed **Defendant's Rule 7.1 Disclosure Statement** with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

> Lisa Kane
> Lisa Kane & Associates, P.C.
> 120 S. LaSalle St., Ste. 1420
> Chicago, IL  60603
> lisakane@sbcglobal.net
> *Attorney for the Plaintiff*

/s/ Barry A. Hartstein
Barry A. Hartstein

1-CH/212412.2