IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CHRISTOPHER GERNAND,** | |
| **Plaintiff,** | No. 08 CV 1482 |
| v. | Hon. Ruben Castillo<br>Judge Presiding |
| **ARAMARK CORPORATION,** | Magistrate J. Denlow |
| **Defendant.** | |

## NOTICE OF FILING

TO:    Barry A. Hartstein, Esquire
         John R. Richards
         Morgan, Lewis & Bockius LLP
         77 West Wacker Drive, Fifth Floor
         Chicago, IL 60601

      Please take notice that the 5th day of May, 2008, the Joint Status Report was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, a copy of which is attached hereto.

                                                          s/ Lisa Kane
                                                           Lisa Kane

LISA KANE & ASSOCIATES, P.C.
120 South LaSalle Street
Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney Code No. 06203093

## PROOF OF SERVICE

I, an attorney, hereby certify that I caused the above and foregoing Notice of Filing to be served upon those persons to whom said Notice is directed, via ECF, this 5th day of May, 2008, before the hour of 5:30 P.M.

                                                           s/ Lisa Kane