IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER GERNAND<br><br>Plaintiff,<br><br>v.<br><br>ARAMARK CORPORATION<br><br>Defendant. | Case No. 08-C-1482<br><br>Judge Castillo<br><br>Magistrate Judge Denlow |

### JOINT STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff, Christopher Gernand, and Defendant, ARAMARK CORPORATION, hereby jointly move to have this case dismissed, with prejudice, the parties each agreeing to bear their own costs and attorneys' fees.

Dated: June 4, 2008

Respectfully submitted,                                Respectfully submitted,

ARAMARK CORPORATION                                    CHRISTOPHER GERNAND

By: /s/ Barry A. Hartstein                             By: /s/ Lisa Kane
      One of Its Attorneys                                    Attorney for Plaintiff

Barry A. Hartstein                                     Lisa R. Kane
John Richards                                          Lisa Kane & Associates, P.C.
Morgan, Lewis & Bockius LLP                            120 S. LaSalle St., Ste. 1420
77 W. Wacker Drive 5th Floor                           Chicago, IL 60603
Chicago, Illinois 60601                                312-606-0383
312-324-1000

1-CH/214866.1