IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CHRISTOPHER GERNAND,** | |
| Plaintiff, | No. 08 C 1482 |
| v. | Hon. Ruben Castillo<br>Judge Presiding<br>Magistrate Judge Denlow |
| **ARAMARK CORPORATION,** | |
| Defendant. | |

## NOTICE OF FILING

TO:  Barry A. Hartstein, Esquire
     Morgan, Lewis & Bockius LLP
     77 West Wacker Drive
     Chicago, Illinois 60601

Please take notice that the 4th day of June, 2008, the Stipulation to Dismiss with Prejudice was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, a copy of which is attached hereto.

/s/ Lisa Kane
Lisa Kane

LISA KANE & ASSOCIATES, P.C.
120 South LaSalle Street
 Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney Code No. 06203093

## PROOF OF SERVICE

I, an attorney, hereby certify that I caused the above and foregoing Notice of Filing to be served upon those persons to whom said Notice is directed, via ECF, this 4th day of June, 2008, before the hour of 5:00 P.M.

/s/ Lisa Kane